**[6LTR01C]** [Forms required to accompany Chapter 11]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION
400 West Washington Street, Suite 5100
Orlando, FL 32801

August 22, 2013

Kathy Deetz
Deputy–in–Charge

TO: ATTORNEY FOR DEBTOR(S) OR DEBTOR(S) IF PRO SE

FROM: Faye Coleman

RE: Peter P. Veugeler

CASE NO. 6:13–bk–10389–KSJ

*Your Chapter 11 petition did not include or was not accompanied with the following items:

- [x] Exhibit A – Corporate cases only (Must be filed immediately)

- [ ] Social Security Number: Pursuant to Fed. R. Bankr. P. 1007(f), the debtor has failed to file a verified statement of social security number.

- [ ] Tax Identification Number: Debtor failed to provide the complete Tax Identification Number of the debtor.

- [x] List of Twenty Largest Unsecured Creditors (Must be filed immediately pursuant to Fed R. Bankr. P. 1007(d))

- [ ] A corporate ownership statement was not filed pursuant to Fed. R. Bankr. P. 1007 (a)(1) and Fed. R. Bankr. P. 7007.1

- [x] Schedules A, B, C, D, E, F, G, H, I & J (within 14 days of filing of petition)

- [x] Declaration Under Penalty of Perjury Concerning Debtor's Schedules

- [x] Statement of Financial Affairs (within 14 days of filing petition)

- [x] Disclosure of Compensation

- [x] Case Summary– Including type of business, names of largest secured creditors, brief reason for reorganization (Pursuant to Administrative Order ORL–2009–1)

- [x] Application and Proposed Order to Retain an Attorney and Affidavit

**THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING
IF THE DEBTOR(S) FAIL TO TIMELY CORRECT THE NOTED DEFICICIENCY.**

** PLEASE FILE AN ORIGINAL WITH THE COURT. **

When completed, return to:   United States Bankruptcy Court
                             400 West Washington Street, Suite 5100
                             Orlando, FL 32801