**[61ord06]** [Order of Retention of DIP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

In re:                                                                                           Case No. 6:13–bk–10389–KSJ
                                                                                                 Chapter 11

Peter P. Veugeler
11324 Bridge House Road
Windermere, FL 34786

_____Debtor(s)_____/

## ORDER OF RETENTION OF DEBTOR–IN–POSSESSION

It is hereby ORDERED that the above named debtor shall continue in possession of this estate as debtor–in–possession under the applicable provisions of Chapter 11 of the Bankruptcy Code, no trustee having been appointed or qualified.

DONE AND ORDERED on August 22, 2013 .

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge