**[6nhrg]** [NOTICE OF HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              Case No. 6:13−bk−10389−KSJ
                                                                    Chapter 11
Peter P. Veugeler
11324 Bridge House Road
Windermere, FL 34786




         Debtor(s)         /


NOTICE OF PRELIMINARY STATUS CONFERENCE

   NOTICE IS HEREBY GIVEN that a status conference in this case will be held on October 16, 2013 at 09:30 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801and to transact such other business that may come before the court.


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

## *** NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS ***

In accordance with Local Rule 9070−1, all exhibits must be pre−marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post−judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30−day limit set herein.


DATED on August 26, 2013 .

        FOR THE COURT
        Lee Ann Bennett, Clerk of Court
        George C. Young Federal Courthouse
        400 West Washington Street
        Suite 5100
        Orlando, FL 32801