# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

PETER P. VEUGELER                                   Case No.: 13-bk-10389-KSJ
                                                    Chapter 11

      Debtor.
_____/

## DISCLOSURE OF COMPENSATION – RULE 2016(b)

**COMES NOW, MANGUM & ASSOCIATES, P.A.** ("M&A"), in accordance with 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), respectfully states as follows:

1. M&A has represented Peter P. Veugeler ("Veugeler" or the "Debtor) since approximately August 8, 2013, in connection with workout matters along with the possible filing of a voluntary petition under Chapter 11 of Title 11 of the United State Code (the "Bankruptcy Code").

2. Prior to the commencement of this case, M&A was paid by Cascata Capital, LLC an advance retainer of **$11,213.00**, which included the filing fee of **$1,213.00**, for post-petition services and expenses in connection with this bankruptcy case.  An additional retainer, from a non-debtor source is due in the amount of $10,000.00.  Upon receipt Mangum & Associates will file a Notice of the same.

3. M&A was previously paid **$2,500.00** from Cascata Equity, LLC for services rendered to Veugeler prior to the commencement of this case.

4.      M&A has not agreed to share the above disclosed compensation with any other person unless they are members or associates of the law firm.

**DATED**  this 28th day of August, 2013.

/s/ Kevin E. Mangum
Kevin E. Mangum, Esquire
Florida Bar No.: 904260
E-mail: *kevin@mangum-law.com*
**Mangum & Associates, P.A.**
5100 Hwy. 17-92, Suite 300
Casselberry, Florida 32707
Telephone: (407) 478-1555
Facsimile: (407) 478-1552